

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-24-00057-CV

_____

IN THE INTEREST OF T.U., A CHILD

---

On Appeal from the 467th District Court
Denton County, Texas
Trial Court No. 19-11831-462

---

Before Womack, Wallach, and Walker, JJ.
Memorandum Opinion by Justice Womack

**MEMORANDUM OPINION**

Appellant M.U. (Father) attempts to appeal from the trial court's November 7, 2023 "Order on Motion to Strike, Order on Special Exceptions, and Order on Motion for Enforcement" (collectively the Order). Because Father timely filed a request for findings of fact and conclusions of law, his notice of appeal was due February 5, 2024—ninety days after the Order was signed. *See* Tex. R. App. P. 26.1(a)(4). But Father did not file his notice of appeal until February 7, 2024, making it untimely. *See id.*

On February 13, 2024, we notified the parties by letter of our concern that we lack jurisdiction over this appeal because the notice of appeal was untimely. *See id.* We warned that we could dismiss this appeal for want of jurisdiction unless Father or any party desiring to continue the appeal filed a response by February 23, 2024, showing a reasonable explanation for the late filing of the notice of appeal. *See* Tex. R. App. P. 10.5(b), 26.3(b), 42.3(a). We have received no response.

The time for filing a notice of appeal is jurisdictional in this court, and without a timely filed notice of appeal or a timely filed extension request, we must dismiss the appeal. *See* Tex. R. App. P. 25.1(b), 26.1, 26.3; *Jones v. City of Houston*, 976 S.W.2d 676, 677 (Tex. 1998); *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). Because Father's notice of appeal was untimely, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f); *2M Rsch. Servs., LLC v. Pragmatic Fin., LLC*, No. 02-22-00239-CV, 2022 WL 4105415, at *1 (Tex. App.—Fort Worth Sept. 8, 2022, no

pet.) (mem. op.) ("Because Appellants did not timely file a notice of appeal, we dismiss the appeal for lack of jurisdiction.").

/s/ Dana Womack

Dana Womack
Justice

Delivered:  March 7, 2024